# U.S. District Court
## Eastern District of Missouri (St. Louis)
## CIVIL DOCKET FOR CASE #: <u>4:22–cv–00292–MTS</u>

| | |
|---|---|
| Mazzocchio et al v. Cotter Corporation et al | Date Filed: 03/10/2022 |
| Assigned to: District Judge Matthew T. Schelp | Jury Demand: Both |
| Case in other court:  Circuit Court of St. Louis County, 22SL–CC00622 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1441 Petition for Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Nikki Steiner Mazzocchio**                                        represented by      **Anthony D. Gray**
JOHNSON GRAY LLC
2705 Dougherty Ferry Rd.
Suite 100
St. Louis, MO 63122
314–385–9500
Fax: 314–594–2052
Email: agray@johnsongraylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Ryan A. Keane**
KEANE LAW LLC
7711 Bonhomme Avenue
Suite 600
St. Louis, MO 63105
314–391–4700
Email: ryan@keanelawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Tanner Addison Kirksey**
KEANE LAW LLC
7711 Bonhomme Avenue
Suite 600
St. Louis, MO 63105
314–391–4700
Email: tanner@keanelawllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Celeste Brustowicz**

THE COOPER LAW FIRM LLC
1525 Religious St.
New Orleans, LA 70130
949–315–9075
Email: cbrustowicz@clfnola.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**David Roy Barney , Jr.**
THOMPSON BARNEY
2030 Kanawha Blvd, E.
300 E. Pedro Simmons Drive
Charleston, WV 25311
304–343–4401
Fax: 304–343–4405
Email: drbarneywv@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Steven William Duke**
KEANE LAW LLC
7711 Bonhomme Avenue
Suite 600
St. Louis, MO 63105
314–391–4700
Fax: 314–244–3778
Email: steve.duke@dmlawusa.com
*TERMINATED: 02/09/2023*
*Designation: Retained*
*Bar Status: Active*

**Victor T. Cobb**
COOPER LAW FIRM LLC
1525 Religious St.
New Orleans, LA 70130
504–399–0009
Email: vcobb@clfnola.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Plaintiff**

| | | |
|---|---|---|
| **Angela Steiner Kraus** | represented by | **Anthony D. Gray** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

*Bar Status: Active*

**Ryan A. Keane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Tanner Addison Kirksey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Celeste Brustowicz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**David Roy Barney , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Steven William Duke**
(See above for address)
*TERMINATED: 02/09/2023*
*Designation: Retained*
*Bar Status: Active*

**Victor T. Cobb**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

V.

**Defendant**

**Cotter Corporation**                    represented by    **Brian O'Connor Watson**
RILEY SAFER LLP – Chicago
70 W. Madison
Suite 2900
Chicago, IL 60602

(312) 471−8776
Fax: (312) 471−8701
Email: bwatson@rshc−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Lauren Jaffe**
RILEY SAFER LLP − Chicago
70 W. Madison
Suite 2900
Chicago, IL 60602
614−439−5680
Email: ljaffe@rshc−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Elizabeth Ashley Paynter**
RILEY SAFER LLP − Irvine
100 Spectrum Center Drive
Suite 650
Irvine, CA 92618
949−359−5545
Email: apaynter@rshc−law.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Jennifer R Steeve**
RILEY SAFER LLP − Irvine
100 Spectrum Center Drive
Suite 650
Irvine, CA 92618
805−550−6221
Email: jsteeve@rshc−law.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Nacente Shikira Seabury**
RILEY SAFER LLP − Chicago
70 W. Madison
Suite 2900
Chicago, IL 60602
312−471−8658
Email: nacentes@gmail.com
*TERMINATED: 12/09/2022*
*Designation: Retained*
*Bar Status: Nre−reg*

**Defendant**

**Commonwealth Edison Company**    represented by    **Brian O'Connor Watson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**DJR Holdings, Inc.**    represented by    **Stephen G. Jeffery**
*formerly known as*    JEFFERY LAW GROUP LLC
Futura Coatings, Inc.    400 Chesterfield Center
Suite 400
Chesterfield, MO 63017
855–915–9500
Fax: 855–915–9500
Email: sjeffery@jefferylawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Defendant**

**St. Louis Airport Authority**    represented by    **Corey Allen–Taylor Stegeman**
*A Department of the City of St. Louis*    ARMSTRONG TEASDALE LLP – St.
Louis
7700 Forsyth Boulevard
Suite 1800
St. Louis, MO 63105
314–621–5070
Email: cstegeman@atllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Laura A. Bentele**
ARMSTRONG TEASDALE LLP – St.
Louis
7700 Forsyth Boulevard
Suite 1800
St. Louis, MO 63105
314–621–5070
Fax: 314–552–4885
Email: lbentele@armstrongteasdale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

John F. Cowling
ARMSTRONG TEASDALE LLP – St. Louis
7700 Forsyth Boulevard
Suite 1800
St. Louis, MO 63105
314–621–5070
Fax: 314–621–5065
Email: jcowling@armstrongteasdale.com
*TERMINATED: 05/01/2023*
*Designation: Retained*
*Bar Status: Retired*

**Third Party Plaintiff**

**Cotter Corporation**                    represented by    **Brian O'Connor Watson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Lauren Jaffe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Elizabeth Ashley Paynter**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Jennifer R Steeve**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Nacente Shikira Seabury**
(See above for address)
*TERMINATED: 12/09/2022*
*Designation: Retained*
*Bar Status: Nre–reg*

V.

**Third Party Defendant**

**Mallinckrodt LLC**

**Third Party Defendant**

**EverZinc USA Inc.**

**Third Party Defendant**

**Citicorp Del–Lease, Inc.**

**Cross Claimant**

**Cotter Corporation**                              represented by  **Brian O'Connor Watson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Lauren Jaffe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Elizabeth Ashley Paynter**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Jennifer R Steeve**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Nacente Shikira Seabury**
(See above for address)
*TERMINATED: 12/09/2022*
*Designation: Retained*
*Bar Status: Nre–reg*

V.

**Cross Defendant**

**St. Louis Airport Authority**                      represented by  **Corey Allen–Taylor Stegeman**
*A Department of the City of St. Louis*                               (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Laura A. Bentele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**John F. Cowling**
(See above for address)
*TERMINATED: 05/01/2023*
*Designation: Retained*
*Bar Status: Retired*

**Cross Defendant**

**DJR Holdings, Inc.**                    represented by  **Stephen G. Jeffery**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/10/2022 | 1 | | NOTICE OF REMOVAL from Circuit Court of the State of Missouri, St. Louis County, case number 22SL–CC00622, with receipt number AMOEDC–9175413, in the amount of $402 Jury Demand,, filed by Cotter Corporation. (Attachments: # 1 Exhibit A– Plaintiffs' Petition, # 2 Exhibit B– Original Court File, # 3 Exhibit C– Original Court Docket Entries, # 4 Original Filing Form Original Filing Form, # 5 Civil Cover Sheet Civil Cover Sheet)(Watson, Brian) Modified on 3/10/2022 to correct docket text(JKL). (Entered: 03/10/2022) |
| 03/10/2022 | 2 | | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant Cotter Corporation. Parent companies: General Atomics, Subsidiaries: None, Publicly held company: None,. (Watson, Brian) Modified on 3/10/2022 to correct docket text (JKL). (Entered: 03/10/2022) |
| 03/10/2022 | 3 | | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Cotter Corporation Sent To: Plaintiff (Watson, Brian) Modified on 3/10/2022 to correct docket text(JKL). (Entered: 03/10/2022) |
| 03/10/2022 | 4 | | ENTRY of Appearance by Brian O'Connor Watson for Defendant Cotter Corporation. (Watson, Brian) Modified on 3/10/2022 to correct docket text(JKL). (Entered: 03/10/2022) |
| 03/10/2022 | 5 | | Petition (Removal/Transfer) Received From: Circuit Court of St. Louis County, filed by Nikki Steiner Mazzocchio, Angela Steiner Kraus.(JKL) |

| | | | |
|---|---|---|---|
| | | | (Entered: 03/10/2022) |
| 03/10/2022 | | | Case Opening Notification. Judge Assigned: Honorable Matthew T. Schelp. All non−governmental organizational parties (corporations, limited liability companies, limited liability partnerships) must file Disclosure of Organizational Interests Certificate  (moed−0001.pdf). (JKL) (Entered: 03/10/2022) |
| 03/14/2022 | 6 | | Electronic Notice re: Disclosure of Organizational Interests Certificate to Defendants Commonwealth Edison Company, DJR Holdings, Inc., St. Louis Airport Authority. Pursuant to Local Rule 2.09, every non−governmental organizational party must file a Disclosure of Organizational Interests Certificate within ten (10) days of the party's first pleading or entry of appearance. Please complete and file the certificate as soon as possible (moed−0001.pdf). (Disclosure of Organizational Interests Certificate due by 3/24/2022.) (TMT) (Entered: 03/14/2022) |
| 03/14/2022 | 7 | | ENTRY of Appearance by Brian O'Connor Watson for Defendant Commonwealth Edison Company. (Watson, Brian) (Entered: 03/14/2022) |
| 03/14/2022 | 8 | | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant Commonwealth Edison Company. Parent companies: Exelon Energy Delivery Company, LLC, Subsidiaries: RiteLine Illinois, LLC, Publicly held company: None,. (Watson, Brian) (Entered: 03/14/2022) |
| 03/14/2022 | 9 | | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Commonwealth Edison Company *Joinder to (ECF No. 1)* Sent To: Plaintiff (Watson, Brian) (Entered: 03/14/2022) |
| 03/15/2022 | 10 | | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant Commonwealth Edison Company. Parent companies: Exelon Energy Delivery Company, LLC, Subsidiaries: RITELine Illinois, LLC., Publicly held company: None,. (Watson, Brian) (Entered: 03/15/2022) |
| 03/16/2022 | 11 | | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant DJR Holdings, Inc.. Parent companies: None, Subsidiaries: None, Publicly held company: None,. (Jeffery, Stephen) (Entered: 03/16/2022) |
| 03/17/2022 | 12 | | MOTION to Dismiss Case by Defendant Cotter Corporation. (Watson, Brian) (Entered: 03/17/2022) |
| 03/17/2022 | 13 | | MEMORANDUM in Support of Motion re 12 MOTION to Dismiss Case filed by Defendant Cotter Corporation. (Watson, Brian) (Entered: 03/17/2022) |
| 03/17/2022 | 14 | | MOTION to Dismiss Case by Defendant Commonwealth Edison Company. (Watson, Brian) (Entered: 03/17/2022) |
| 03/17/2022 | 15 | | MEMORANDUM in Support of Motion re 14 MOTION to Dismiss Case filed by Defendant Commonwealth Edison Company. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7)(Watson, Brian) (Entered: 03/17/2022) |
| 03/17/2022 | 16 | | NOTICE of filing MOTION to Consolidate Cases in higher case number 4:18−cv−01701−AGF by Defendant Cotter Corporation. (Watson, Brian) Modified on 3/18/2022 (KXS). (Entered: 03/17/2022) |

| Date | No. | | Description |
|---|---|---|---|
| 03/18/2022 | 17 | | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Cotter Corporation Sent To: State Court – Executed (Watson, Brian) (Entered: 03/18/2022) |
| 03/18/2022 | 18 | | ENTRY of Appearance by Jennifer R Steeve for Defendant Cotter Corporation. (Steeve, Jennifer) (Entered: 03/18/2022) |
| 03/18/2022 | 19 | | ENTRY of Appearance by Nacente Shikira Seabury for Defendant Cotter Corporation. (Seabury, Nacente) (Entered: 03/18/2022) |
| 03/22/2022 | 20 | | MOTION for Extension of Time to File Response/Reply as to 14 MOTION to Dismiss Case , 12 MOTION to Dismiss Case by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Keane, Ryan) (Entered: 03/22/2022) |
| 03/22/2022 | 21 | | Docket Text ORDER Re: 20 MOTION for Extension of Time to File Response/Reply as to 14 MOTION to Dismiss Case , 12 MOTION to Dismiss Case by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Keane, Ryan); ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 3/22/2022. (BRP) (Entered: 03/22/2022) |
| 03/24/2022 | 22 | | MOTION to Dismiss Case by Defendant DJR Holdings, Inc.. (Jeffery, Stephen) (Entered: 03/24/2022) |
| 03/24/2022 | 23 | | MEMORANDUM in Support of Motion re 22 MOTION to Dismiss Case filed by Defendant DJR Holdings, Inc.. (Jeffery, Stephen) (Entered: 03/24/2022) |
| 03/28/2022 | 24 | | Consent MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss Case by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Keane, Ryan) (Entered: 03/28/2022) |
| 03/28/2022 | 25 | | Docket Text ORDER Re: 24 Consent Motion for Extension of Time to File Response/Reply as to 22 Motion to Dismiss Case by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 03/24/2022. (KCD) (Entered: 03/28/2022) |
| 04/01/2022 | 26 | | Joint MOTION to Stay *of Proceedings* by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Keane, Ryan) (Entered: 04/01/2022) |
| 04/04/2022 | 27 | | ORDER STAYING LITIGATION: IT IS HEREBY ORDERED that the parties Joint Motion to Stay, Doc. 26 , is GRANTED. IT IS FURTHER ORDERED that all litigation and proceedings in this lawsuit are STAYED until the final outcome of the U.S. Supreme Court's decision on the Petition for Writ of Certiorari to be filed in the Banks matter. See Banks, et al. v. Cotter Corporation, et al., 4:20–cv–01227 (E.D. Mo.), In re Cotter Corp. (N.S.L.), 22 F.4th 788 (8th Cir. Jan. 7, 2022) ("Banks"). IT IS FURTHER ORDERED that the parties shall provide the Court a status report within twenty–one (21) days of the final outcome of the Banks decision. IT IS FINALLY ORDERED that all pending motions in this litigation are DENIED without prejudice as MOOT. It is so ordered. (Status Report due by 4/25/2022.) Signed by District Judge Matthew T. Schelp on 4/4/2022. (TMT) (Entered: 04/04/2022) |
| 04/18/2022 | 28 | | ORDER DENYING CONSOLIDATION – IT IS HEREBY ORDERED that the parties Joint Motion to Stay Briefing of and Ruling on Defendants Motion to Consolidate, and Cotter Corporation (N.S.L.)s Motion to Consolidate Nikki Steiner Mazzocchio and Angela Steiner Kraus v. Cotter Corp., et al., Case No. 4:22–cv–00292–MTS with this case are both DENIED. ECF Nos. 91 & 110 . |

| | | | |
|---|---|---|---|
| | | | IT IS FURTHER ORDERED that the Clerk of Court shall file a copy of this Order in the Lead Case (Butler) and in the above–listed case (Mazzocchio). Signed by District Judge Audrey G. Fleissig on 4/18/22. (KJS) (Entered: 04/18/2022) |
| 04/25/2022 | 29 | | ENTRY of Appearance by John F. Cowling for Defendant St. Louis Airport Authority. (Cowling, John) (Entered: 04/25/2022) |
| 04/25/2022 | 30 | | ENTRY of Appearance by Laura A. Bentele for Defendant St. Louis Airport Authority. (Bentele, Laura) (Entered: 04/25/2022) |
| 10/20/2022 | 31 | | ENTRY of Appearance by Corey Allen–Taylor Stegeman for Defendant St. Louis Airport Authority. (Stegeman, Corey) (Entered: 10/20/2022) |
| 12/07/2022 | 32 | | STATUS REPORT *JOINT* by Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Keane, Ryan) (Entered: 12/07/2022) |
| 12/08/2022 | 33 | | ORDER LIFTING STAY OF LITIGATION: IT IS HEREBY ORDERED that the STAY of this action is LIFTED, and the case is reopened. IT IS FURTHER ORDERED that Plaintiffs shall file a Motion for Leave to Amend no later than by January 23, 2023. Defendants shall have the usual time to respond to such Motion. Signed by District Judge Matthew T. Schelp on 12/8/2022. (TMT) (Entered: 12/08/2022) |
| 12/08/2022 | 34 | | ENTRY of Appearance by Anthony D. Gray for Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Gray, Anthony) (Entered: 12/08/2022) |
| 12/09/2022 | 35 | | MOTION to Withdraw as Attorney ;attorney/firm Nacente S. Seabury by Defendant Cotter Corporation. (Seabury, Nacente) (Entered: 12/09/2022) |
| 12/09/2022 | 36 | | Docket Text ORDER Re: 35 MOTION to Withdraw as Attorney ; attorney/firm Nacente S. Seabury by Defendant Cotter Corporation; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 12/09/2022. (KCD) (Entered: 12/09/2022) |
| 12/12/2022 | 37 | | ENTRY of Appearance by Lauren Jaffe for Defendant Cotter Corporation. (Jaffe, Lauren) (Entered: 12/12/2022) |
| 01/23/2023 | 38 | | MOTION for Leave to File First Amended and Supplemental Complaint by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Attachments: # 1 Exhibit 1)(Keane, Ryan) (Entered: 01/23/2023) |
| 01/23/2023 | 39 | | Docket Text ORDER Re: 38 MOTION for Leave to File First Amended and Supplemental Complaint by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 1/23/2023. (TMT) (Entered: 01/23/2023) |
| 01/23/2023 | 40 | | **STRICKEN PER DOCKET TEXT ORDER # 41** : AMENDED COMPLAINT against defendant Commonwealth Edison Company, Cotter Corporation, DJR Holdings, Inc., St. Louis Airport Authority Amendment to 5 Petition (Removal/Transfer) filed by Nikki Steiner Mazzocchio, Angela Steiner Kraus. Related document: 5 Petition (Removal/Transfer) filed by Nikki Steiner Mazzocchio, Angela Steiner Kraus.(TMT) Modified on 1/23/2023 (KCD). (Entered: 01/23/2023) |
| 01/23/2023 | 41 | | |

| | | | |
|---|---|---|---|
| | | | Docket Text ORDER: IT IS HEREBY ORDERED that the Courts Docket Text Order granting the Motion for Leave, Doc. 39 , is vacated without prejudice to either party. The Clerk of Court is directed to Strike the Amended Complaint, Doc. 40 . The Defendants shall have the usual time to respond to Plaintiffs' Motion. Signed by District Judge Matthew T. Schelp on 01/23/2023. (KCD) (Entered: 01/23/2023) |
| 02/06/2023 | 42 | | RESPONSE to Motion re 38 MOTION for Leave to File First Amended and Supplemental Complaint filed by Defendants Commonwealth Edison Company, Cotter Corporation. (Watson, Brian) (Entered: 02/06/2023) |
| 02/07/2023 | 43 | | Docket Text ORDER: IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File First Amended and Supplemental Complaint, Doc. 38 , is GRANTED. See Fed. R. Civ. P. 15(a)(2); Doc. 42 . The Clerk of Court is directed to docket the First Amended and Supplemental Complaint. Defendants shall have the usual time to file their required response. Fed. R. Civ. P. 15(a)(3). Signed by District Judge Matthew T. Schelp on 2/7/2023. (TMT) (Entered: 02/07/2023) |
| 02/07/2023 | 44 | | FIRST AMENDED AND SUPPLEMENTAL COMPLAINT against defendant Commonwealth Edison Company, Cotter Corporation, DJR Holdings, Inc., St. Louis Airport Authority Amendment to 5 Petition (Removal/Transfer) filed by Nikki Steiner Mazzocchio, Angela Steiner Kraus. Related document: 5 Petition (Removal/Transfer) filed by Nikki Steiner Mazzocchio, Angela Steiner Kraus.(TMT) (Entered: 02/07/2023) |
| 02/09/2023 | 45 | | MOTION to Substitute Attorney/Law Firm ;attorney or firm Tanner A. Kirksey ;substituted for:Steven W. Duke by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Keane, Ryan) (Entered: 02/09/2023) |
| 02/09/2023 | 46 | | ENTRY of Appearance by Tanner Addison Kirksey for Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Kirksey, Tanner) (Main Document 46 replaced on 2/10/2023) (TMT). (Entered: 02/09/2023) |
| 02/09/2023 | 47 | | Docket Text ORDER Re: 45 Motion to Substitute Attorney/Law Firm ; attorney or firm Tanner A. Kirksey; substituted for: Steven W. Duke by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio; ORDERED GRANTED Signed by District Judge Matthew T. Schelp on 02/09/2023. (KCD) (Entered: 02/09/2023) |
| 02/13/2023 | 48 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 44 Amended Complaint, *to February 28, 2023* by Defendants Commonwealth Edison Company, Cotter Corporation. (Watson, Brian) (Entered: 02/13/2023) |
| 02/13/2023 | 49 | | Docket Text ORDER Re: 48 Unopposed MOTION for Extension of Time to File Response/Reply as to 44 Amended Complaint, *to February 28, 2023* by Defendants Commonwealth Edison Company, Cotter Corporation. (Watson, Brian) filed by Cotter Corporation, Commonwealth Edison Company Commonwealth Edison Company answer due 2/28/2023; Cotter Corporation answer due 2/28/2023. Signed by District Judge Matthew T. Schelp on 2/13/2023. (BRP) (Entered: 02/13/2023) |
| 02/14/2023 | 50 | | Unopposed MOTION for Extension of Time to File Response/Reply *to PL First Amended and Supplemental Complaint* by Defendant St. Louis Airport Authority. (Stegeman, Corey) (Entered: 02/14/2023) |

| | | | |
|---|---|---|---|
| 02/14/2023 | 51 | | Docket Text ORDER Re: 50 Unopposed MOTION for Extension of Time to File Response/Reply *to PL First Amended and Supplemental Complaint* by Defendant St. Louis Airport Authority; ORDERED GRANTED. (St. Louis Airport Authority answer due 3/3/2023.) Signed by District Judge Matthew T. Schelp on 2/14/2023. (TMT) (Entered: 02/14/2023) |
| 02/24/2023 | 52 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 44 Amended Complaint, *to March 3, 2023* by Defendants Commonwealth Edison Company, Cotter Corporation. (Watson, Brian) (Entered: 02/24/2023) |
| 02/24/2023 | 53 | | Docket Text ORDER Re: 52 Unopposed MOTION for Extension of Time to File Response/Reply as to 44 Amended Complaint, *to March 3, 2023* by Defendants Commonwealth Edison Company, Cotter Corporation. (Watson, Brian); ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 2/24/2023. (BRP) (Entered: 02/24/2023) |
| 03/01/2023 | 54 | | Unopposed MOTION for Extension of Time to File Answer by Defendant DJR Holdings, Inc.. (Jeffery, Stephen) (Entered: 03/01/2023) |
| 03/02/2023 | 55 | | Docket Text ORDER Re: 54 Unopposed Motion for Extension of Time to File Answer by Defendant DJR Holdings, Inc; ORDERED GRANTED. (DJR Holdings, Inc. answer due 3/3/2023.) Signed by District Judge Matthew T. Schelp on 03/02/2023. (KCD) (Entered: 03/02/2023) |
| 03/03/2023 | 56 | | MOTION to Dismiss Case by Defendant DJR Holdings, Inc.. (Jeffery, Stephen) (Entered: 03/03/2023) |
| 03/03/2023 | 57 | | MEMORANDUM in Support of Motion re 56 MOTION to Dismiss Case filed by Defendant DJR Holdings, Inc.. (Jeffery, Stephen) (Entered: 03/03/2023) |
| 03/03/2023 | 58 | | MOTION to Dismiss Case by Defendant Cotter Corporation. (Watson, Brian) (Entered: 03/03/2023) |
| 03/03/2023 | 59 | | MEMORANDUM in Support of Motion re 58 MOTION to Dismiss Case filed by Defendant Cotter Corporation. (Watson, Brian) (Entered: 03/03/2023) |
| 03/03/2023 | 60 | | MOTION to Dismiss Case by Defendant Commonwealth Edison Company. (Watson, Brian) (Entered: 03/03/2023) |
| 03/03/2023 | 61 | | MEMORANDUM in Support of Motion re 60 MOTION to Dismiss Case filed by Defendant Commonwealth Edison Company. (Watson, Brian) (Entered: 03/03/2023) |
| 03/03/2023 | 62 | | MOTION to Dismiss Case *and Combined Memorandum in Support* by Defendant St. Louis Airport Authority. (Bentele, Laura) (Entered: 03/03/2023) |
| 03/14/2023 | 63 | | Consent MOTION for Extension of Time to File Response/Reply as to 56 MOTION to Dismiss Case , 62 MOTION to Dismiss Case *and Combined Memorandum in Support*, 61 Memorandum in Support of Motion, 58 MOTION to Dismiss Case , 60 MOTION to Dismiss Case , 57 Memorandum in Support of Motion, 59 Memorandum in Support of Motion by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Kirksey, Tanner) (Entered: 03/14/2023) |
| 03/15/2023 | 64 | | Docket Text ORDER Re: 63 Consent MOTION for Extension of Time to File Response/Reply as to 56 MOTION to Dismiss Case , 62 MOTION to Dismiss |

| | | | |
|---|---|---|---|
| | | | Case *and Combined Memorandum in Support*, <u>61</u> Memorandum in Support of Motion, <u>58</u> MOTION to Dismiss Case , <u>60</u> MOTION to Dismiss Case , <u>57</u> Memorandum in Support of Motion, <u>59</u> Memorandum in Support of Motion by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Kirksey, Tanner); ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 3/15/2023. (BRP) (Entered: 03/15/2023) |
| 04/17/2023 | <u>65</u> | | Consent MOTION for Leave to File in Excess of Page Limitation *re: Plaintiffs' Response to Def. Cotter Corporation's Motion to Dismiss and Memorandum in Support* by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Kirksey, Tanner) (Entered: 04/17/2023) |
| 04/17/2023 | <u>66</u> | | RESPONSE in Opposition re <u>58</u> MOTION to Dismiss Case *and Memorandum in Support by Cotter Corporation* filed by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Kirksey, Tanner) (Entered: 04/17/2023) |
| 04/17/2023 | <u>67</u> | | RESPONSE in Opposition re <u>60</u> MOTION to Dismiss Case *and Memorandum in Support by ComEd* filed by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Kirksey, Tanner) (Entered: 04/17/2023) |
| 04/17/2023 | <u>68</u> | | RESPONSE in Opposition re <u>56</u> MOTION to Dismiss Case *and Memorandum in Support by DJR* filed by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Kirksey, Tanner) (Entered: 04/17/2023) |
| 04/17/2023 | <u>69</u> | | RESPONSE in Opposition re <u>62</u> MOTION to Dismiss Case *and Combined Memorandum in Support by SLAA* filed by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Kirksey, Tanner) (Entered: 04/17/2023) |
| 04/18/2023 | 70 | | Docket Text ORDER Re: <u>65</u> Consent MOTION for Leave to File in Excess of Page Limitation *re: Plaintiffs' Response to Def. Cotter Corporation's Motion to Dismiss and Memorandum in Support* by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 4/18/2023. (TMT) (Entered: 04/18/2023) |
| 04/21/2023 | <u>71</u> | | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>62</u> MOTION to Dismiss Case *and Combined Memorandum in Support* by Defendant St. Louis Airport Authority. (Stegeman, Corey) (Entered: 04/21/2023) |
| 04/24/2023 | 72 | | Docket Text ORDER Re: <u>71</u> Unopposed MOTION for Extension of Time to File Response/Reply as to <u>62</u> MOTION to Dismiss Case *and Combined Memorandum in Support* by Defendant St. Louis Airport Authority. (Stegeman, Corey); ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 4/24/2023. (BRP) Modified on 4/25/2023 (KCD). (Entered: 04/24/2023) |
| 04/25/2023 | <u>73</u> | | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>44</u> Amended Complaint, by Defendants Commonwealth Edison Company, Cotter Corporation. (Watson, Brian) (Entered: 04/25/2023) |
| 04/25/2023 | 74 | | Docket Text ORDER Re: <u>73</u> Unopposed MOTION for Extension of Time to File Response/Reply as to <u>44</u> Amended Complaint, by Defendants Commonwealth Edison Company, Cotter Corporation. (Watson, Brian); ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on April 25, 2023. (BRP) (Entered: 04/25/2023) |

| | | | |
|---|---|---|---|
| 04/28/2023 | 75 | | MOTION to Withdraw as Attorney re attorney/firm John F. Cowling by Defendant St. Louis Airport Authority. (Cowling, John) (Entered: 04/28/2023) |
| 04/28/2023 | 76 | | Docket Text ORDER Re: 75 MOTION to Withdraw as Attorney re attorney/firm John F. Cowling by Defendant St. Louis Airport Authority. (Cowling, John); ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 4/28/2023. (BRP) (Entered: 04/28/2023) |
| 05/03/2023 | 77 | | Second MOTION for Extension of Time to File Response/Reply as to 62 MOTION to Dismiss Case *and Combined Memorandum in Support* by Defendant St. Louis Airport Authority. (Stegeman, Corey) (Entered: 05/03/2023) |
| 05/04/2023 | 78 | | Docket Text ORDER Re: 77 Second Motion for Extension of Time to File Response/Reply as to 62 MOTION to Dismiss Case *and Combined Memorandum in Support* by Defendant St. Louis Airport Authority; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 05/04/2023. (KCD) (Entered: 05/04/2023) |
| 05/12/2023 | 79 | | REPLY to Response to Motion re 62 MOTION to Dismiss Case *and Combined Memorandum in Support* filed by Defendant St. Louis Airport Authority. (Stegeman, Corey) (Entered: 05/12/2023) |
| 05/12/2023 | 80 | | REPLY to Response to Motion re 60 MOTION to Dismiss Case filed by Defendant Commonwealth Edison Company. (Attachments: # 1 Exhibit 1 – Banks Order, # 2 Exhibit 2 – 1977 NRC IE Investigation Report)(Watson, Brian) (Entered: 05/12/2023) |
| 05/12/2023 | 81 | | REPLY to Response to Motion re 58 MOTION to Dismiss Case filed by Defendant Cotter Corporation. (Watson, Brian) (Entered: 05/12/2023) |
| 06/14/2023 | 82 | | MEMORANDUM AND ORDER: IT IS HEREBY ORDERED that Defendant DJR Holdings, Inc.'s Motion to Dismiss, Doc. 56 , is DENIED. Signed by District Judge Matthew T. Schelp on June 14, 2023. (BRP) (Main Document 82 replaced on 9/22/2023 as diretced – see Order 97 .) (TMT). Modified on 9/22/2023 (TMT). (Entered: 06/14/2023) |
| 06/22/2023 | 83 | | ENTRY of Appearance by Elizabeth Ashley Paynter for Defendant Cotter Corporation. (Paynter, Elizabeth) (Entered: 06/22/2023) |
| 06/26/2023 | 84 | | ANSWER to 44 Amended Complaint, by DJR Holdings, Inc..(Jeffery, Stephen) (Entered: 06/26/2023) |
| 09/08/2023 | 85 | | MEMORANDUM AND ORDER: IT IS HEREBY ORDERED that Defendant Cotter Corporation's Motion to Dismiss, Doc. 58 , is DENIED. IT IS FURTHER ORDERED that Defendant Commonwealth Edison Company's Motion to Dismiss, Doc. 60 , is DENIED. IT IS FINALLY ORDERED that Defendant St. Louis Airport Authority's Motion to Dismiss, Doc. 62 , is DENIED. Signed by District Judge Matthew T. Schelp on September 8, 2023. (BRP) (Main Document 85 replaced on 9/22/2023 as directed – see Order 97 .) (TMT). Modified on 9/22/2023 (TMT). (Entered: 09/08/2023) |
| 09/08/2023 | 86 | | RULE 16 ORDER: This case is assigned to Track: 2 (Standard). Joint Scheduling Plan due by 9/20/2023. Rule 16 Conference set for 9/21/2023 02:30 PM in Zoom Video Conference before District Judge Matthew T. Schelp. Signed by District Judge Matthew T. Schelp on September 8, 2023. (BRP) |

| | | | |
|---|---|---|---|
| | | | (Main Document 86 replaced on 9/22/2023 as directed – see Order 97 .) (TMT). Modified on 9/22/2023 (TMT). (Entered: 09/08/2023) |
| 09/12/2023 | 87 | | MOTION for Leave to Appear Pro Hac Vice David R Barney Jr. The Certificate of Good Standing was not attached.(Filing fee $150 receipt number AMOEDC–10155585) by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Barney, David) (Entered: 09/12/2023) |
| 09/12/2023 | 88 | | Supplement re 87 MOTION for Leave to Appear Pro Hac Vice David R Barney Jr. The Certificate of Good Standing was not attached.(Filing fee $150 receipt number AMOEDC–10155585) by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Barney, David) (Entered: 09/12/2023) |
| 09/12/2023 | 89 | | Docket Text ORDER Re: 87 & 88 MOTION for Leave to Appear Pro Hac Vice David R Barney Jr. The Certificate of Good Standing attached per supplement filing.(Filing fee $150 receipt number AMOEDC–10155585) by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 09/12/2023. (KCD) (Entered: 09/12/2023) |
| 09/19/2023 | 90 | | MOTION for Leave to Appear Pro Hac Vice Celeste Brustowicz. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC–10168975) by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Attachments: # 1 Certificate of Good Standing Certificate of Good Standing)(Brustowicz, Celeste) (Entered: 09/19/2023) |
| 09/19/2023 | 91 | | MOTION for Extension of Time to File Answer *and Any Related Pleadings* by Defendants Commonwealth Edison Company, Cotter Corporation. (Watson, Brian) (Entered: 09/19/2023) |
| 09/20/2023 | 92 | | Docket Text ORDER: IT IS HEREBY ORDERED that Defendants' Motion for Extension of Time, Doc. 91 , is GRANTED. Defendants have until September 29, 2023 to file their responsive pleadings and any related pleadings under Federal Rules of Civil Procedure 13 and 14. IT IS FURTHER ORDERED that the Motion for Leave to Appear Pro Hac Vice, Doc. 90 , is GRANTED. (Commonwealth Edison Company answer due 9/29/2023; Cotter Corporation answer due 9/29/2023.) Signed by District Judge Matthew T. Schelp on 9/20/2023. (TMT) (Entered: 09/20/2023) |
| 09/20/2023 | 93 | | JOINT SCHEDULING PLAN by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. . (Keane, Ryan) (Entered: 09/20/2023) |
| 09/20/2023 | 94 | | MOTION for Leave to Appear Pro Hac Vice Victor Cobb. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC–10171899) by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Attachments: # 1 Certificate of Good Standing Certificate of Good Standing)(Cobb, Victor) (Entered: 09/20/2023) |
| 09/21/2023 | 95 | | Docket Text ORDER: IT IS HEREBY ORDERED that the Motion for Leave to Appear Pro Hac Vice, Doc. 94 , is GRANTED. Signed by District Judge Matthew T. Schelp on 9/21/2023. (TMT) (Entered: 09/21/2023) |
| 09/21/2023 | 96 | | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Matthew T. Schelp:Rule 16 Conference held on 9/21/2023. Conference held via Zoom. CMO to issue. (proceedings started: |

| | | | |
|---|---|---|---|
| | | | 2:45pm) (proceedings ended: 3:00pm) (Appearance for Plaintiff: Celeste Brustowicz, Victor Cobb, Anthony Gray and Ryan Keane)(Appearance for Defendant: Brian Watson, Laura Bentele, Stephen Jefffery, Lauren Jaffe and Jennifer Steeve) (KCD) (Entered: 09/21/2023) |
| 09/22/2023 | 97 | | ORDER: On its own Motion under Federal Rule of Civil Procedure 60(a), the Court will correct the mistaken spelling of Plaintiff Mazzocchio's name included in some previous Orders. Accordingly, the Clerk of Court is directed to replace Documents 82 , 85 , and 86 with the corrected versions provided by the Court. The Court has made no other changes to these Orders. Signed by District Judge Matthew T. Schelp on 9/22/2023. (TMT) (Entered: 09/22/2023) |
| 09/22/2023 | 98 | | CASE MANAGEMENT ORDER: This case is assigned to Track: 2 (Standard) [SEE ORDER FOR COMPLETE DETAILS] (Motion to Join Parties due by 12/15/2023. Discovery Completion due by 11/1/2024. ADR Future Reference 1/15/2024. Dispositive Motions due by 12/1/2024. Jury Trial set for 5/12/2025 08:30 AM in Courtroom 14S – St. Louis before District Judge Matthew T. Schelp.) Signed by District Judge Matthew T. Schelp on 9/22/2023. (TMT) (Entered: 09/22/2023) |
| 09/25/2023 | 99 | | FIRST AMENDED CASE MANAGEMENT ORDER Motion to Join Parties due by 12/15/2023. Discovery Completion due by 11/1/2024. ADR Future Reference 1/15/2024. Dispositive Motions due by 12/2/2024. Jury Trial set for 5/12/2025 08:30 AM in Courtroom 14S – St. Louis before District Judge Matthew T. Schelp. Signed by District Judge Matthew T. Schelp on 9/25/2023. (KXS) Modified on 9/27/2023 (CBL). (Entered: 09/25/2023) |
| 09/28/2023 | 100 | | MOTION for Leave to File Interlocutory Appeal by Defendant Cotter Corporation. (Watson, Brian) (Entered: 09/28/2023) |
| 09/28/2023 | 101 | | MEMORANDUM in Support of Motion re 100 MOTION for Leave to File Interlocutory Appeal filed by Defendant Cotter Corporation. (Watson, Brian) (Entered: 09/28/2023) |
| 09/29/2023 | 102 | | ANSWER to 44 Amended Complaint, *and Affirmative Defenses* by Commonwealth Edison Company.(Watson, Brian) (Entered: 09/29/2023) |
| 09/29/2023 | 103 | | ANSWER to 44 Amended Complaint, *and Affirmative Defenses* by Cotter Corporation.(Watson, Brian) (Entered: 09/29/2023) |
| 09/29/2023 | 104 | | THIRD PARTY COMPLAINT against third party defendant Mallinckrodt LLC, EverZinc USA Inc., Citicorp Del–Lease, Inc., CROSSCLAIM against defendant St. Louis Airport Authority, DJR Holdings, Inc., filed by Cotter Corporation.(Watson, Brian) (Entered: 09/29/2023) |
| 09/29/2023 | 105 | | ANSWER to 44 Amended Complaint, *and Affirmative Defenses* by St. Louis Airport Authority.(Stegeman, Corey) (Entered: 09/29/2023) |
| 10/12/2023 | 106 | | RESPONSE in Opposition re 100 MOTION for Leave to File Interlocutory Appeal filed by Plaintiffs Angela Steiner Kraus, Nikki Steiner Mazzocchio. (Kirksey, Tanner) (Entered: 10/12/2023) |
| 10/23/2023 | 107 | | REPLY to Response to Motion re 100 MOTION for Leave to File Interlocutory Appeal filed by Defendant Cotter Corporation. (Watson, Brian) (Entered: 10/23/2023) |

| 10/25/2023 | 108 | | MOTION for Leave to Join Defendant Cotter Corporation's Motion for Certification for Interlocutory Appeal by Defendant St. Louis Airport Authority. (Stegeman, Corey) (Entered: 10/25/2023) |
|---|---|---|---|
| 11/01/2023 | 109 | | MEMORANDUM AND ORDER: IT IS HEREBY ORDERED that Defendant St. Louis Airport Authority's Motion to Join Defendant Cotter Corporation (N.S.L.)'s Motion for Certification for Interlocutory Appeal, Doc. 108 , is GRANTED. IT IS FURTHER ORDERED that Defendant Cotter Corporation (N.S.L.)'s Motion for Certification for Interlocutory Appeal, Doc. 100 , is GRANTED. This Court's September 8, 2023 Order is amended to certify the following question for immediate appeal: 1. Whether federal dosage regulations should be exclusively utilized as the standard of care in a Price−Anderson Act public liability action. Signed by District Judge Matthew T. Schelp on 11/1/2023. (TMT) (Entered: 11/01/2023) |
| 11/14/2023 | 110 | | LETTER from USCA re: Permission to Appeal USCA Appeal #: 23−8008(KCD) (Entered: 11/14/2023) |
| 11/15/2023 | 111 | | ORDER of USCA: Respondents' motion for extension of time to file a response to the petition for permission to appeal is granted. The response is due on or before December 7, 2023. USCA Appeal #: 23−8008 (KCD) (Entered: 11/15/2023) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NIKKI STEINER MAZZOCCHIO, *et al.*,       )
                                          )
          Plaintiffs,                     )
                                          )
     vs.                                  )          Case No. 4:22-cv-292-MTS
                                          )
COTTER CORPORATION, *et al.*,             )
                                          )
          Defendants.                     )

**MEMORANDUM AND ORDER**

Before the Court is Defendant Cotter Corporation (N.S.L.)'s Motion for Certification for Interlocutory Appeal, Doc. [100]. Defendant St. Louis Airport Authority also has filed a Motion to Join Cotter Corporation (N.S.L.)'s Motion for Certification for Interlocutory Appeal, Doc. [108]. For the reasons discussed herein, the Court will grant both motions.

**Legal Standard**

"When a district judge, in making in a civil action an order not otherwise appealable under this section, shall be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, he shall so state in writing in such order." *See* 28 U.S.C. § 1292(b).

Stated more concisely, the Court must opine that "(1) the order involves a controlling question of law; (2) there is substantial grounds for difference of opinion; and (3) certification will materially advance the ultimate termination of the litigation." *Pendleton v. QuikTrip Corp.*, 4:06-cv-1455-HEA, 2007 WL 1174850, at *1 (E.D. Mo. Apr. 20, 2007). "Inherent in these requirements is the concept of ripeness." *Paschall v. Kan. City Star Co.*, 605 F.2d 403, 406 (8th Cir. 1979) (referencing *Control Data Corp. v. IBM Corp.*, 421 F.2d 323 (8th Cir. 1970)).

-1-

The U.S. Court of Appeals for the Eighth Circuit has clarified that "it is the policy of the courts to discourage piecemeal appeals"; however, § 1292(b) may be utilized in "exceptional cases where a decision on appeal may avoid protracted and expensive litigation." *White v. Nix*, 43 F.3d 374, 376 (8th Cir. 1994). The trial court has discretion to grant or deny a motion for interlocutory appeal, and the court of appeals has discretion to certify the appeal. *Pendleton*, 2007 WL 1174850, at *1; *see also Tidewater Oil Co. v. United States*, 409 U.S. 151, 167 (1972) ("Those interlocutory orders not within [§ 1292(a)], were made appealable in § 1292(b) subject to the judgment and discretion of the district court and the court of appeals.").

## Discussion

### 1. Ripeness

Where the necessary requirements for interlocutory appeal certification are met, "the case must be of sufficient ripeness so that this can be determined from the record." *Paschall*, 605 F.2d at 406. "Consideration of the factual basis must be such that a sound premise exists upon which the legal issues can be determined with precision." *See Minnesota v. U.S. Steel Corp.*, 438 F.2d 1380, 1384 (8th Cir. 1971). A district court must ensure that factual issues are sufficiently resolved before granting certification. *See J.T.H. v. Dept. of Soc. Servs.*, 1:20-cv-222-ACL, 2021 WL 3847134, at *1 (E.D. Mo. Aug. 27, 2021) (citing *S.B.L. v. Evans*, 80 F.3d 307, 311 (8th Cir. 1996)).

As detailed below, the question of which standard of care is applicable in a Price-Anderson Act public liability action is a question of law. Because the question has been presented to the Court, and the Court has found the standard to be determined on a case-by-case basis, the legal issue is ripe. Furthermore, given that the other requirements of § 1292(b) are met, the question is sufficiently ripe for review. *See Paschall*, 605 F.2d at 407 ("[T]he easier it is to ascertain whether or not the prerequisites for section 1292(b) certification are satisfied, the easier it is to identify whether or not the issue is one suited for section 1292(b) review.").

-2-

**2.   Controlling Question of Law**

A "'question of law' as used in section 1292(b) has reference to a question of the meaning of a statutory or constitutional provision, regulation, or common law doctrine." *See Williams v. LG Chem, Ltd.*, 4:21-cv-00966-SRC, 2022 WL 1502380, at *2 (E.D. Mo. May 12, 2022) (citing *Ahrenholz v. Bd. of Trs. of Univ. of Ill.*, 219 F.3d 674, 676 (7th Cir. 2000)).   To be a *controlling* question of law, it must be apparent that reversal would terminate the action. *See Emerson Elec. Co. v. Yeo*, 4:12-cv-1578-JAR, 2013 WL 440578, at *2 (E.D. Mo. Feb. 5, 2013) ("All that must be shown in order for a question to be 'controlling' is that resolution of the issue on appeal could materially affect the outcome of the litigation in the district court." (quoting *Newsome v. Young Supply Co.*, 873 F. Supp. 2d 872, 876 (E.D. Mich. 2012))).

The question presently at issue is "whether federal law or state law provides the standard of care in a [Price-Anderson Act] public liability action." *See Mazzocchio v. Cotter Corp.*, 4:22-cv-292-MTS, 2023 WL 5831960, at *7 (E.D. Mo. Sept. 8, 2023).   This Court determined that "the applicable standard of care depends on the facts of each case and the claims asserted against each defendant." *Id.* at *11.   Here, the question has reference to the meaning of a statutory provision—the standard of care in a Price-Anderson Act public liability action.   Additionally, the question of law is controlling because resolution of the standard of care, and the potential imposition of Defendants' proposed standard, would lead to the dismissal of the action, as discussed below.

**3.   Substantial Grounds for Difference of Opinion**

A "sufficient number of conflicting and contradictory opinions" demonstrates a substantial ground for difference of opinion. *White*, 43 F.3d at 378.   Here, Defendants claimed the Price-Anderson Act preempts state law standards of care, which conflicts with the Eighth Circuit's plain language approach. *Mazzocchio*, 2023 WL 5831960, at *7 ("Nothing in the text of the PAA or Section 2210 immunizes Defendants from liability for all claims except those based on breach of

federal dosage limits.").  While Eighth Circuit precedent provides insight that this argument would "likely not be accepted," no concrete standard has been established within the Eighth Circuit, where cases are not directly dispositive of the precise issue before the Court.  *Id.* at *1, *9; *McClurg v. MI Holdings, Inc.*, 933 F. Supp. 2d 1179, 1187 (E.D. Mo. 2013) ("The Eighth Circuit Court of Appeals has not yet considered this issue, but every Circuit Court that has, the Third, Sixth, Seventh, Ninth, Tenth, and Eleventh, have concluded that the maximum permissible radiation dose levels set by federal safety standards establish the duty of care for radiation injuries, and that imposing a non-federal duty would conflict with federal law."); *McClurg v. Mallinckrodt, Inc.*, 4:12-cv-0036-AGF, 2017 WL 2929444, at *5 (E.D. Mo. July 7, 2017) (explaining "[a]s to which federal standards apply," the Eighth Circuit to date, "has not considered the issue").

It is true that courts within this district have agreed with Defendants' argument that federal dosage regulations are the sole standard of care.  *See Mazzocchio*, 2023 WL 5831960, at *9; *see also, e.g.*, *McClurg*, 933 F. Supp. 2d at 1187 ("District court opinions overwhelmingly hold that an essential element of a public liability action is that each plaintiff's exposure exceeded the federal dose limits.").  Conversely, some courts within this district have expressed doubts that federal dosage limits provide the exclusive standard of care in all PAA actions.  *Mazzocchio*, 2023 WL 5831960, at *11; *see also Dailey v. Bridgeton Landfill, LLC*, 299 F. Supp. 3d 1090, 1100-01 (E.D. Mo. 2017) (hesitating to apply Part 20 dosage regulations to a non-NRC licensed facility given that the claim was for property damage and NRC-regulations "on their face" apply to a "licensee" and set the limit of exposure for "individual members of the public").  Others look outside the Eighth Circuit for instruction in absence of a clear direction.  *See McClurg*, 2017 WL 2929444, at *5 ("As to which federal standards apply to Cotter's conduct between 1969 and 1973, the Eighth Circuit has not considered the issue, and the Court is persuaded by the Third Circuit's reasoning.").

-4-

Since there is incongruence within the district, a substantial ground for difference of opinion exists. *See Roeslein & Assocs., Inc. v. Elgin*, 4:17-cv-1351-JMB, <u>2019 WL 6340956</u>, at *6 (E.D. Mo. Nov. 27, 2019) ("The Court would give serious consideration to certifying an interlocutory appeal if there was a split among judges of the district courts or if it was arguable among reasonable jurists that this Court's determination was wrong.").

### 4.  Materially Advance the Termination of the Litigation

The last requirement "necessitates a showing that the case at bar is an extraordinary case where 'the decision of an interlocutory appeal might avoid protracted and expensive litigation.'" *See E.E.O.C. v. Allstate Ins. Co.*, 4:04-cv-01359-ERW, <u>2007 WL 38675</u>, at *5 (E.D. Mo. Jan. 4, 2007) (quoting *U.S. ex rel. Hollander v. Clay*, <u>420 F. Supp. 853, 859</u> (D.D.C. 1976)).  Ultimately, "whether an immediate appeal may materially advance the ultimate termination of the litigation can properly turn on pragmatic considerations." *E.E.O.C.*, <u>2007 WL 38675</u>, at *5 (quoting *SCM Corp. v. Xerox Corp.*, <u>474 F. Supp. 589, 594</u> (D. Conn. 1979) (Newman, J.)).

The standard of care is a driving force behind the resolution of the present action.  Given the Order entered by the Court denied Defendants' Motion to Dismiss, an immediate appeal of the issue would allow for the potential termination of the matter, but termination aside, such an appeal would clarify the standard of care in conducting discovery and also would determine whether a party could adequately meet such standard of care.  *See, e.g.*, *O'Conner v. Commw. Edison Co.*, <u>748 F. Supp. 672, 679</u> (C.D. Ill. 1990) ("This Court further finds that the question of whether or not the [federal permissible dose] regulation in this case should be adopted as the standard of care applicable to this case is an issue which should be certified under <u>28 U.S.C. § 1292(b).</u>").

### 5.  Stay

Given the question to be certified seeks to resolve the standard of care in the present action, a stay of proceedings in this Court is appropriate.  <u>28 U.S.C. § 1292(b)</u> ("[A]pplication for appeal

[under § 1292(b)] shall not stay proceedings in the district court unless the district judge or the Court of Appeals" shall order.).  Therefore, proceedings in this Court shall be stayed pending the Eighth Circuit's review of any application under § 1292(b) in this matter and pending the appeal if the Eighth Circuit so permits one.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant St. Louis Airport Authority's Motion to Join Defendant Cotter Corporation (N.S.L.)'s Motion for Certification for Interlocutory Appeal, Doc. [108], is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Cotter Corporation (N.S.L.)'s Motion for Certification for Interlocutory Appeal, Doc. [100], is **GRANTED**.  This Court's September 8, 2023 Order is amended to certify the following question for immediate appeal:

1.  Whether federal dosage regulations should be exclusively utilized as the standard of care in a Price-Anderson Act public liability action.

Dated this 1st of November 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE