

Ryan Keane
Attorney at Law
ryan@keanelawllc.com
www.keanelawllc.com

7711 Bonhomme Ave, Suite 600
St. Louis, Missouri 63105
T: 314.391.4700
F: 314.244.3778

July 18, 2024

**SUBMITTED ELECTRONICALLY VIA ECF**
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

    Re:    Availability of Plaintiffs'/Appellees' Counsel for Oral Argument in
             *Nikki Mazzocchio, et al. v. Cotter Corporation, et al.* – Appeal No. 23-3709

Dear Clerk of the Court:

      Pursuant to this Court's instruction entered on July 9, 2024, this letter is to notify the Court that, at this time, counsel for Plaintiffs/Appellees is currently **unavailable** for oral argument on October 21-25, 2024, December 19-20, 2024, and March 17-21, 2025. If you have any questions or need additional information, please contact me at ryan@keanelawllc.com or by calling (314) 391-4700. Thank you kindly.

                                                   Sincerely,

                                                     /s/ *Ryan A. Keane*
                                                     Ryan A. Keane
                                                     *Attorney for Plaintiffs/Appellees*